IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01757-WDM-CBS

DELORES CAMPBELL,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

      Defendant.

---

## ORDER

---

THIS MATTER coming before the Court on Defendant's Unopposed Motion to Amend Scheduling Order (*doc. no. 24)*, the Court being fully advised in the premises;

HEREBY ORDERS that Defendant's Motion is GRANTED.  The December 15, 2005 Scheduling Order in this case is amended to permit Defendant to provide Rule 26(a)(2) disclosures for Dr. J. Tashof Bernton, by June 16, 2006.  Plaintiff shall have through and including July 8, 2006 in which to depose Dr. Bernton.

DATED at Denver, Colorado, this 19th day of June, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States District Court Judge