IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01757-WDM-CBS

DELORES CAMPBELL,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendants.

## ORDER

This matter coming before the Court on Defendant's Second Unopposed Motion to Amend Scheduling Order (*doc. no. 27)*, the Court being fully advised in the premises;

HEREBY ORDERS that Defendant's Motion is GRANTED. The Scheduling Order in this case is amended to permit Defendant to have through and including **July 17, 2006** in which to depose Richard Laugesen, Esq.

DATED in Denver, Colorado this 29th day of June, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge