IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  05-cv-01757-WDM-CBS

DELORES CAMPBELL,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Defendant's motion to file over-sized brief is granted.

Dated:  July 26, 2006

                    s/ Jane Trexler, Judicial Assistant